

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating parental rights. Appellant's brief, which was originally due on September 28, 2015. On November 10, 2015, this Court ordered James Gerard McDermott, II to personally appear before this court on December 1, 2015 to show cause why he should not be held in contempt of court for failure to comply with the order of October 23, 2015, which required him to file the appellant's brief.

On November 17, 2015, Mr. McDermott responded with a motion for extension of time until November 20, 2015 to file the brief. Mr. McDermott explained his delay and difficulty in responding to this Court's orders. Given Mr. McDermott's response, this Court granted Mr. McDermott's motion for extension of time to November 20, 2015. Mr. McDermott filed the appellant's brief on November 20, 2015. Therefore, the contempt hearing scheduled for December 1, 2015 is cancelled.

_____
Jason Pulliam, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.



_____
Keith E. Hottle
Clerk of Court